SO ORDERED: October 17, 2018.



_____
**James M. Carr**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF03505R (rev 08/2014)

In re:

**Danny Joe Welch**,
        Debtor.

Case No. **16–07211–JMC–7**

### ORDER ON MOTION TO REOPEN BANKRUPTCY CASE AND ORDER TO COMPLETE FILING

A Motion to Reopen Bankruptcy Case was filed on October 15, 2018, by Debtor Danny Joe Welch.

**IT IS ORDERED** that the Motion to Reopen Bankruptcy Case is **GRANTED** and that this case is reopened.

**IT IS FURTHER ORDERED** that any pleading required by the Court or mentioned in the Motion to Reopen must be filed within **14 days** from the date of this order, or this case may be reclosed **without further notice or hearing**.

###